IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOAQUIN SERRANO on behalf of himself and all others similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>APPLE INC.,<br><br>   Defendant. | Case No. 2:23-cv-00070-HB |

## NOTICE OF APPEARANCE

TO THE CLERK AND ALL COUNSEL OF RECORD:

 PLEASE TAKE NOTICE that the following attorney hereby enters his appearance in this action as an additional attorney of record for Plaintiff Joaquin Serrano:

 Andrew Ferich
 AHDOOT & WOLFSON, PC
 201 King of Prussia Road, Suite 650
 Radnor, PA 19087
 Telephone: 310.474.9111
 Facsimile: 310.474.8585
 aferich@ahdootwolfson.com

Dated: January 9, 2023           Respectfully submitted,

                    */s/ Andrew W. Ferich*

                    Andrew W. Ferich (PA 313696)
                    *aferich@ahdootwolfson.com*
                    **AHDOOT & WOLFSON, PC**
                    201 King of Prussia Road, Suite 650
                    Radnor, PA 19087
                    Telephone: 310.474.9111
                    Facsimile: 310.474.8585

                    *Counsel for Plaintiff and the Proposed Class*