# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOAQUIN SERRANO, on behalf of himself and all others similarly situated, : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : No. 2:23-cv-00070-HB <br> APPLE INC. : <br> : <br> Defendant. : | |

## ENTRY OF APPEARANCE

**TO THE CLERK:**

Kindly enter my appearance as counsel for the Plaintiff, Joaquin Serrano, in the above-captioned matter.

Dated: January 9, 2023

Respectfully Submitted,

*/s/ Jonathan Shub*
Jonathan Shub, Esq.
**Shub Law Firm LLC**
134 Kings Hwy. E., 2nd Floor
Haddonfield, NJ 08033
Phone: 856-772-7200
Email: jshub@shublawyers.com

*Attorney for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2023, a copy of the foregoing Entry of Appearance was filed with the Court and served upon all parties of record via the Court's CM/ECF system.

Dated: January 9, 2023                    */s/ Jonathan Shub*
                                          Jonathan Shub