# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| **JOAQUIN SERRANO** )<br>*Plaintiff* )<br>v. )<br>**APPLE INC.** )<br>*Defendant* ) | Civil Action No. 2:23-cv-00070-HB |

## AFFIDAVIT OF SERVICE

I, Cordelia Fowler, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Apple Inc in Santa Clara County, CA on January 9, 2023 at 1:26 pm at Apple, Inc., 20705 Valley Green Dr., Cupertino, CA 95014 by leaving the following documents with Willy Arevalo who as Receptionist is authorized by appointment or by law to receive service of process for Apple Inc.

Summons
Complaint

Additional Description:
Willy Arevalo stated he is authorized to accept service and accepted service of the documents.

Hispanic or Latino Male, est. age 27, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: http://maps.google.com/maps?q=37.3322753906,-122.0344498298
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   San Francisco County  ,
  CA   on   1/9/2023  .

/s/ Cordelia Fowler
Signature
Cordelia Fowler
(510) 205-6506

# Exhibit 1



Exhibit 1a)