IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOAQUIN SERRANO, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Case No.: 2:23-cv-00070-HB |

**JOINT MOTION FOR AN EXTENSION OF TIME**

The Parties, through their respective undersigned counsel, hereby jointly move for an extension of time for Defendant to respond to Plaintiff's Complaint (Docket #1). In support, the Parties state as follows:

1. Plaintiff filed a Complaint on January 6, 2023 (Docket #1).

2. Plaintiff served Defendant with the summons and Complaint on January 9, 2023 (Docket #6).

3. Defendant's response to the Complaint is currently due on January 30, 2023.

4. Counsel have met and conferred in good faith regarding extending the deadline for Defendant to respond to the Complaint. Counsel believe that good cause exists for a 45-day extension, including Defendant's engagement of local counsel, Defendant's need to investigate the allegations in the Complaint, and counsel's scheduling obligations in other matters.

5. Counsel further agree that a 45-day extension to Defendant's deadline to respond to the Complaint would permit them to meet their obligations to the court and their clients in this matter without prejudicing the rights of either party.

6. Neither party has previously requested an extension of time in this matter.

7.     For the foregoing reasons, the parties respectfully request that the Court enter an order extending Defendant's deadline to respond to the Complaint to March 16, 2023.

WHEREFORE, for good cause shown, the Parties respectfully request that the Court extend Defendant's deadline to respond to the Complaint as set forth herein and in the attached proposed Order.

Respectfully submitted,

| | |
|---|---|
| /s/Raphael Janove | /s/Stephen F. Raiola |
| Raphael Janove (PA I.D. No. 328568) | Peter St. Tienne Wolff (PA. I.D. No. 208433) |
| POLLOCK COHEN LLP | psw@pietragallo.com |
| 1617 John F. Kennedy Blvd. 20th Floor | Stephen F. Raiola (PA. I.D. No. 329983) |
| Philadelphia, Pennsylvania 19103 | sfr@pietragallo.com |
| (215) 667-8607 | PIETRAGALLO GORDON ALFANO |
| Rafi@PollockCohen.com | BOSICK & RASPANTI, LLP |
| | One Oxford Centre, 38th Floor |
| Adam Pollock (*pro hac vice forthcoming*) | Pittsburgh, PA 15219 |
| Alison Borochoff-Porte (*pro hac vice forthcoming*) | Telephone: (412) 263-4352 |
| | Facsimile: (412) 263-4252 |
| George Krebs (*pro hac vice forthcoming*) | |
| POLLOCK COHEN LLP | Jeremy E. Abay (PA. I.D. No. 316730) |
| 111 Broadway, Suite 1804 | jea@pietragallo.com |
| New York, New York 10004 | PIETRAGALLO GORDON ALFANO |
| (212) 337-5361 | BOSICK & RASPANTI, LLP |
| Adam@PollockCohen.com | 1818 Market Street, Suite 3402 |
| Alison@PollockCohen.com | Philadelphia, PA 19103 |
| GKrebs@PollockCohen.com | Telephone: (215) 320-6200 |
| | Facsimile: (215) 981-0082 |
| Andrew Ferich (PA I.D. No. 313696) | |
| AHDOOT & WOLFSON, PC | Emily Johnson Henn (*pro hac vice forthcoming*) |
| 201 King of Prussia Road, Suite 650 | Kathryn E. Cahoy (*pro hac vice forthcoming*) |
| Radnor, Pennsylvania 19087 | COVINGTON & BURLING LLP |
| (310) 474-9111 | 3000 El Camino Real |
| aferich@ahdootwolfson.com | 5 Palo Alto Square, 10th Floor |
| | Palo Alto, CA 94306-2112 |
| Jonathan Shub (PA I.D. No. 53965) | Telephone: (650) 632-4700 |
| Benjamin F. Johns (PA I.D. No. 201373) | Facsimile: (650) 632-4800 |
| SHUB LAW FIRM LLC | Email: ehenn@cov.com |
| 134 Kings Highway E. | Email: kcahoy@cov.com |
| Haddonfield, New Jersey 08033 | |
| (856) 772-7200 | |

jshub@shublawyers.com  *Attorneys for Defendant Apple Inc.*
bjohns@shublawyers.com

*Attorneys for Plaintiff Joaquin Serrano and the putative class*

Dated: January 25, 2023

## CERTIFICATE OF SERVICE

I hereby certify on this 25th day of January 2023, a copy of the foregoing was served on the following counsel for Plaintiff via the Court's CM/ECF system:

Andrew Ferich
AHDOOT & WOLFSON, PC
2600 W. Olive Avenue
Suite 500
Burbank, CA 91505

Benjamin F. Johns
Jonathan Shub
SHUB LAW FIRM LLC
134 Kings Hwy. E.
2nd Floor
Haddonfield, NJ 08033

Raphael Janove
POLLOCK COHEN LLP
1617 John F. Kennedy Blvd.
20th Floor
Philadelphia, PA 19103

/s/ *Stephen F. Raiola*
Stephen F. Raiola