IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOAQUIN SERRANO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant | No.: 2:23-cv-00070-HB<br><br>Hon. Harvey Bartle III |

### [PROPOSED] ORDER

AND NOW, this <u>2nd</u> day of <u>February</u>, 2023, upon consideration of Defendant Apple Inc.'s Motion to Transfer this action to the United States District Court for the Northern District of California and related briefing and submissions, it is hereby ORDERED and DECREED that said Motion is GRANTED. This action is therefore transferred to the United States District Court for the Northern District of California, which will obtain exclusive jurisdiction.

BY THE COURT:

/s/ Harvey Bartle III
_____
United States District Judge